1 DANIEL G. BOGDEN
Nevada Bar No. 2137
2 United States Attorney
CARLOS A. GONZALEZ
3 Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
4 Las Vegas, Nevada 89101
Phone: (702)388-6336
5 Facsimile: (702)388-6787
Carlos.Gonzalez2@usdoj.gov
6

7      UNITED STATES DISTRICT COURT

8      DISTRICT OF NEVADA

9      * * *

10 UNITED STATES OF AMERICA,   )
                               )
11         Plaintiff,          )    2:98-CR-227-LDG-VCF
                               )
12      vs.                    )    MOTION TO VACATE JUDGMENT
                               )    DEBTOR EXAMINATION
13 ELLIOT HINDON,              )
                               )
14         Defendant.          )
                               )

15

16      COMES NOW the United States of America, by and through Daniel G. Bogden, United

17 States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, and moves this

18 Honorable Court for an Order to vacate the Supplementary Proceedings (Judgement Debtor

19 Examination) scheduled for October 26, 2012, at 9:00 a.m. This motion is made because the

20 United States Marshal Service or private service was unable to locate the defendant, Elliot

21 Hindon.

22      DATED this  23  day of October , 2012.

23
                                         DANIEL G. BOGDEN
24                                       United States Attorney

25                                       /s/Carlos A. Gonzalez
                                         CARLOS A. GONZALEZ
26                                       Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:98-CR-227-LDG-VCF |
| vs. | ) | ORDER |
| ELLIOT HINDON, | ) | |
| Defendant. | ) | |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for October 26, 2012, at 9:00 a.m. be granted.

DATED this 23rd day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney

/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney